BARBARA HARRIS, Appellant, v ALOK KUMAR GUPTA, M.D., et al., Respondents. [870 NYS2d 204]—

Present—
Hurlbutt, J.P., Smith, Green, Pine and Gorski, JJ.